FEBRUARY 2, 1939

**No. 40611.—** Protest 924841–G of Marshall Field & Co. Abstract 40002. Application by plaintiffs for rehearing denied; Brown, J., dissented.

**No. 40612.—** Protests 893378–G, etc., of Hy. Knefely & Son. Abstract 40471. The protests having been abandoned were dismissed.

**No. 40613.—** Protests 931018–G, etc., of Eastern Grain Elevator Corp. et al. Abstract 40113. Application by plaintiffs for rehearing granted.

FEBRUARY 3, 1939

**No. 40614.—SUIT 4147.—** *United States* v. *Antilla Trading Co.* T. D. 49215 reversed.

BEFORE THE FIRST DIVISION, FEBRUARY 9, 1939

**No. 40615.—** Protest 957879–G(A) of Samuel S. Perry (Los Angeles).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Perry* (25 C. C. P. A. 282, T. D. 49395) the chicken rings in question were held free of duty under paragraph 1604 as claimed.

**No. 40616.—** Protests 925705–G, etc., of Wm. Shaland (New York).

Opinion by SULLIVAN, J. It was stipulated that the noisemakers in question are similar to those the subject of Abstract 39509. The claim at 45 percent under paragraph 409 was therefore sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 9, 1939

**No. 40617.—** Protests 861255–G, etc., of Nippon Import & Trading Co., Inc. (New York).

Opinion by KINCHELOE, J. On the authority of *United States* v. *Marshall Field* (25 C. C. P. A. 308, T. D. 49422) certain of the protests were dismissed for want of jurisdiction. As to one entry the plaintiff contends that it relates to old rags and other waste materials not taxable under the Agricultural Adjustment Act. and that therefore it should be treated as an ordinary illegal exaction or assessment by the collector. It was found that the issue relates to the imposition of a compensating tax under the provisions of the Agricultural Adjustment Act. Following *Androvette* v. *United States* (C. D. 63) the court dismissed this protest also.